UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-60174-CR-BB

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

THOMAS MICHAEL WHITE,
    Defendant.

**DEFENDANT WHITE'S STATUS REPORT
RE: MEDICAL TESTS AND PROCEDURES**

Defendant Thomas Michael White ("White"), by and through undersigned court-appointed counsel, respectfully updates this Honorable Court about his medical condition, testing, and procedures, and states:

1. On February 24, 2021, this Honorable Court entered an Order [ECF No. 243] granting White's Second Time-Sensitive Motion to Continue Bond Pending Final Disposition of Appeal and Completion of Medical Tests and Procedures ("Second Motion to Continue Bond"). In that Order the Court ruled that, among other things, White's bond would remain in force until: a) when the Eleventh Circuit mandate issues; or b) after White completes all necessary testing and procedures for his serious medical conditions, whichever is later. ECF No. 243:1-2.

2. On March 2, 2021, the Eleventh Circuit vacated its January 29, 2021 opinion and substituted a new one. As to the status of all necessary testing and procedures for his serious medical conditions, White currently is scheduled for the following: a) 3/9/2021, COVID-19 test

1

as a precondition to his 3/11/2021 biopsy of the lung and brain; this test will be administered at Cleveland Clinic Martin North Hospital ("North Hospital"), Stuart, Florida; b) 3/11/2021 biopsy of the lung and brain to determine type and extent of cancer; this biopsy will be performed at North Hospital[1]; c) due to a diagnosis of cancer of the brain, Dr. Jorge G. Castillo, M.D., a radiation oncologist from MC Radiation Therapy, Stuart, Florida, has scheduled a March 12, 2021 evaluation with White at Cleveland Clinic West; d) on March 12, 2021, White also has a consultation with his treating pulmonologist, Evelio Sardina, M.D. in Stuart, Florida; e) on March 27, 2021, White is scheduled to have his second COVID-19 vaccine dose at Vaccine Clinic, Family Health Center, 3801 South Kanner Hiway, Stuart, Florida.

3. The Cleveland Clinic has assembled a medical team to assess White's multiple serious diagnoses. The team includes Dr. Sardina, Dr. Castillo, Dr. Maldonado, and surgeons. White has authorized release of medical information to the undersigned. The undersigned will try and keep the Court updated about developments in White's medical condition. The undersigned will do his best to timely provide the Court all information it needs about these matters.

4. White thanks the Court very much for its concern and compassion as he confronts his grave medical situation. Without the Court granting him release on bond pending appeal in the last few months, his lung and brain cancers likely would not have been detected in the Bureau of Prisons. White already may have been beyond the point of no return had that happened. With his bond release, White has had, and continues to have, the benefit of timely and effective testing

---

[1] If this procedures results in the collapse of White's lung, he will be hospitalized at North Hospital for that condition.

to determine whether he has any chance of battling against this terrible disease[2].

5. The undersigned has requested an updated letter from Evelio Sardina, MD to describe the above matters and anticipates receiving it soon.[3]  However, in an abundance of caution, the undersigned believes it prudent to file this Status Report now so the Court has this information before the weekend.  After Dr. Sardina's letter is received, the undersigned will forward it to the Court and Roger Cruz, the Assistant United States Attorney assigned to this case.

Respectfully submitted,

/ s / Martin A. Feigenbaum
Florida Bar No. 705144
P.O. Box 545960
Surfside, Florida 33154
Telephone: (305) 323-4595
Facsimile:  (844) 274-0862
Email: innering@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished electronically by the CM/ECF system this 4th day of March, 2021, to all persons entitled to electronic notice in this cause.

/ s / Martin A. Feigenbaum

---

[2] According to Dr. Sardina, White's prognosis could be very grim.  Therefore, White must avoid stress while all critical testing and procedures are being completed.

[3] The undersigned has done his best to ascertain what tests and procedures are on the horizon for White.  The undersigned has come to learn that medical appointments can change on short notice.  Again, whenever the undersigned learns about such changes, he will do his best to update the Court.